UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:   2:14–cv–04827–BRO–E                                Date:   9/5/2014
Title:   FELIPE ANTONIO V. LUIS L. NAKASONE ET AL

---

Present: The Honorable   **BEVERLY REID O'CONNELL**

Deputy Clerk:   Renee Fisher
Court Reporter/Recorder:   None
Tape No.: N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

   Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In this matter:

   Plaintiff(s) obtained entry of default, pursuant to Fed. R. Civ. P. 55(a), but Plaintiff(s) have not sought default judgment, pursuant to Fed. R. Civ. P. 55(b). Plaintiff(s) can satisfy this order by seeking default judgment or by notifying the Court that default judgment will not be sought, at which point the clerk will close this matter.

   Plaintiffs must respond to this order within 20 days. **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

   IT IS SO ORDERED.

Initials of Deputy Clerk:  rfi