LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-04827 BRO (Ex) | Date | September 30, 2014 |
|---|---|---|---|
| Title | FELIPE ANTONIO V. LUIS L. NAKASONE ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

   Pending before the Court is Defendant Luis Delgado's motion to set aside entry of default.  (Dkt. No. 26.)  When Mr. Delgado filed this motion, he set the hearing date for October 20, 2014.  (Dkt. No. 26.)  Under the Court's Local Rule 7-9, a party must oppose a motion at least 21 days prior to the scheduled hearing date.  C.D. Cal. L.R. 7-9.  Accordingly, Plaintiff's opposition to Mr. Delgado's motion was due no later than September 29, 2014.  Yet as of today, Plaintiff has filed no opposition.  Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion."  C.D. Cal. L.R. 7-12.

   Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why Mr. Delgado's motion should not be granted.  Plaintiff's response to this order to show cause must be filed **no later than Friday, October 3, 2014, at 4:00 p.m.**  An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to Mr. Delgado's motion.

        **IT IS SO ORDERED.**                                                                                     :

                                                                                               Initials of Preparer            rf